# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

<u>Eugene McAllister #1236974</u> )
(full name)           (Register No).  )
_____ )
_____ )
                                )   Case No. _____
            Plaintiff(s).       )
                                )
v.                              )
                                )
                                )
<u>Officer Eddie Boyd Ferb. P.D.,</u> )  Defendants are sued in their (check one):
(Full name)                     )   ____ Individual Capacity
<u>"K-9" unit Robert Dean, St.Co.P.D.</u>)  ____ Official Capacity
<u>and Percich and Jackson St.L.Co.PD) etal,</u> X Both
        Defendant(s).

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I. Place of present confinement of plaintiff(s): <u>South Central Correctional Center, 255 W. Hwy. 32 Licking, MO 65542-9069</u>

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff <u>Eugene McAllister</u> Register No. <u>1236974</u>
   Address <u>S.C.C.C. 255 W. Hwy. 32 Licking, MO- 65542-9069 "Dept. of Corr."</u>

B. Defendant <u>Officer-Eddie Boyd, Ferguson P.D. 222 S. Florissant, MO 63135: et al...</u>
   Is employed as <u>Ferguson Police department, Ferguson, MO 222 S. Florissant Rd. Florissant, MO 63135</u>

For additional plaintiffs or defendants, provide above information in same format on a separate page. <u>See Attached - Additional "Defendants". (II-E-___).</u>



III.   Do your claims involve medical treatment?    Yes ✓   No ____

IV.   Do you request a jury trial?    Yes ✓   No ____

V.   Do you request money damages?    Yes ✓   No ____

  State the amount claimed?    $ 250,000 ✓ / 250,000 ✓ (actual/punitive)

VI.   Are the wrongs alleged in your complaint continuing to occur?   Yes ✓   No ____

VII.   Grievance procedures:

  A. Does your institution have an administrative or grievance procedure?
     Yes ✓   No ____

  B. Have the claims in this case been presented through an administrative or grievance procedure within the institution?   Yes ____   No ✓
     "Have Explanation why!"

  C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)
  Filed Complaint/Grievance up to (15 days) of being Locked up.
  No-Answer from both parties. Was Transfered 2-Times
  filed §610 R.S. mo. - No Answer back. Filed another and Appeal
  complaint. Now Filing §1983... Did all I Could do.

  D. If you have not filed a grievance, state the reasons.
  See Attached "1.D" to this Question. ↑
  _____
  _____

VIII.   Previous civil actions:

  A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case?    Yes ____   No ✓

  B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated?    Yes ____   No ✓

  C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

  (1) Style: _____ None
           (Plaintiff)          (Defendant)
  (2) Date filed: _____ None

③

## (7-D) Answer
## To "Grievance Process"

Filed a Complaint/Grievance on February 5, 2011, But Got No Answer back... WAS Transfered to ~~$~~ St. Louis County (Justice Center in Clayton, mo) Got No Answer back... complaint/Grievance sent April 12, 2011

WAS Transfered to (D.O.C.-Diagnostic Center) complaint/grievance sent May 2, 2012

Got no Answer back.

Transfered to (S.C.C.C.) - "D.O.C." Still No Answer From the Parties.

Filed multiple sunshine request.

* So I then Filed another Complaint Noterized by Case Worker at S.C.C.C. NO-Answer Filed it on 9/10/2013

Will send response at a later date. — Filed an (Appeal on 10/3 2013) Certified Return Reciept. — Ferguson P.D: 7005 1820-0007 0213 4789 St. Louis County P.D: 7005 1820 0007 0213 4772 — Phone call — Denied Appeal

Now A § 1983 being Filed.

④

(3) Court where filed: _____ None

(4) Case Number and citation: _____ None

(5) Basic claim made: _____ None

(6) Date of disposition: _____ None

(7) Disposition: _____ None
      (Pending) (on appeal) (resolved)

(8) If resolved, state whether for: _____ None
      (Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

On the date and time of (Jan. 26, 2011) in the St. Louis Co. Area, I-70, the defendants - Officer Eddie Boyd of Ferguson-Police department et al., was and is an Officer who was part of an CAR-Chase, with 5-Occupants, One "Eugene McAllister" being One of the Occupants whom was Chased and Apprehended by Boyd and other "Law Enforcements". And; Officer "K-9" wit-Robert Dean of St. Louis Co.-P. Dept. whom after Converging Upon the Vehicle with Occupants/Suspects inside, - Surrendering was Abstracted From Vehicle by "Cruel and Unusual Punishment" 8TH-Amendment violation in that of (Excessive Use of Force) by;
"See Attached to this Claim".

B. State briefly your legal theory or cite appropriate authority:

Plaintiff Claims are one of "8th Amendment Violations" and of "CRUEL AND UNUSUAL PUNISHMENT"; A Civil Rights Violations by One(s) Acting Under the COLOR OF LAW... Causing Physical-Severe Injuries to Limbs and body and Suffering...

All Officers Involved are in Violation of Plaintiffs 1st and 5th and 14th Amendments and Rights by Grievance Procedures-Due Process and involves an Equal Protection Violation and is One of Civil Rights and U.S. Constitutions Afforded by Law to Plaintiff.

"See Attached"
(9-A/B)

(5)

Continued: IX. Statement of Claim pg.(2)

(A.) On the above date and time (Jan. 26. 2011) I Plaintiff and 4 other Occupants were driving in the St. Louis Co. Area, and was eventually being hailed by a "Ferguson-P.D. Cruise unit". When the driver of the vehicle I were in failed to stop for that officer. He then "unbeknownst" to the other occupants, decided to Run-For it. After a chase ensued, the vehicle was finally stopped by the Officer and Other officers of St. Louis Co-P.D. While all Occupants Remained Seated in the Vehicle with "Hands-UP". Police then Converged upon the Vehicle and Started to Bust out the windows of the Vehicle, and Ferguson-P.D. was trying, on My side of the Back-Passenger side to Bust out windows and thus Succeeded. Opening the doors by Reaching inside. Thus it is safe to say there was No threat to them. All of the "Occupants" had their Hands-UP and I-Petitioner Started Yelling (I Give - I Give - I Give UP!) But the Officer started to Grabing Me and Pulling and Punching Me in the head and face and body. But the Officer was Standing in the door between My-Self and other Officers on My Side of the Vehicle. At that, I-Petitioner was Still Yelling I-Give UP!. Thats when that officer Started Yelling and Screaming! I Still had My hands UP and then I Noticed the officers Moved out of the Way

(6)

# IX (.A) Continued: pg (3)

An officer Called out "Lause" "Laus" Let him GO! Something to that Affect... then that officer Moved and then thats when the "DOG" Jumped in on Me and started to biting My Arms and head and then my ~~Ebgs~~ Legs. He then Grabbed My hand and MY Finger and bit Straight through MY Small Finger Puncturing a hole and breaking the Finger bone and Pulled me out with other Police Pulling and Punching Me in the head and body. I was then thrown to the Ground and Pounced on by Police and Cuffed. But at every stage I was Yelling "I-Give/I-Give/I-Give! This allmost made me Pass out and the Pain was overwhelming. Finally I was taken to Medical and opperated on... 8th Amendment Violation has Occurred due to "Excessive Use of force" by by Ferbuson-P.D. and "K-9" unit Robert Dean of St. Louis County P.D. officers Named in Caption Et. al: Evidence Exists that would Refute officers version of the Actual Incident and their Rendition of the (APrehention - Abstraction) of this Plaintiff on Jan. 26. 2011. Plaintiff States that *Medical Records* as well Exists to verify InJury and Force used by those officer-deffendants. Jury Trial Demanded.

(7)

* Other Witnesses are available for Plaintiff as well.

# IX (B) Continued: Statement of Claim; pg(4)

(B) Legal theory-Authority:

Plaintiff states that an 1st Amendment violation has occurred in that he is being thwarted and disregarded in filing his "ORiginal" Complaint with "Ferguson and St.Louis Co. P-D." in that for the Rule of "Exhaustion", Plaintiff filed and Attempted to file through the (U.S.Mail) a Complaint immediatly after Medical-Opperation took place while at the St.Louis Co-Juvenile Facility. 15 days to be Certain that I filed... No Response was Ever Given by both Parties... Plaintiff was then "Transferred" to St. Louis Co.-Justice Center on Felony-Charges. Again Attempted to file a Complaint and written and headlined as such, but NO-Response... Again was "Transfered" to the "D.O.C." Diagnostics. No Response was taken yet still by those Officers... Again I was "Transferred" to (S.C.C.C.-Licking, Mo-"D.O.C.") Plaintiff again wrote under § R.S.Mo-610-Mo S.Law. They finally Responded on May 6, 2013 ... Again I filed another Complaint to follow-UP and no response/9-10-2013 . Now I file an Appeal Certified Return Reciept to final *Exhaust* the State Remedies... Plaintiff feels a 1st Amendment Violation took place and defendants Caused a breach in Statute to *Exhaustion-Remidies* Subjecting me to default in (Petition Government of Grievances)

⑧

(b) Petitioner Also States that an 5th and 14th- Amendment May have Occurred in that Due Process, And Equal Protection of the Same and those Similarly Situated has occurred in the Present Situation... Defendants "Ferbuson-P.D. off. Boyd etal and "K-9" unit Robert Dean etal- St. Louis Co. P.D." did Not Afford Plaintiff a Legal Process by Not "Responding" to his Attempts to File a Legitamate Complaint in a Timely Manner. And for them Not Protecting Plaintiff from Harm and that being "Excessive Use of Force" by Police and "K-9" unit Robert Dean St. Louis Co. P.D. Whe the

* Plaintiff had Given-Up to Authorities and did State and Exclaim "I-Give/I-Give/I-Give UP!" twice and allowed Plaintiff to be Attacked by other Police officers and "K-9" unit Robert- Dean... Thus allowing Police to tell a very different version of Events that are Not true and Causing Plaintiff to Suffer a Grave and Life threatning Situation Compelled by their Anger. There was NO Reason to or for Officers to use the dagree of force used on Jan. 26. 2011, on a Surrendering Suspect/Plaintiff... Evidence Exists that will Refute their version and Ripe For a Jury to decide in a Civil Action.

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.

(1) Cause defendants to "Answer"; (2) Order "Discovery"; (3) Find merits to Petitioners' Claims. (4) Find Petitioner "Exhausted Remidies". (5) Find $600.096 R.G.mo in Favor of Petitioner. (6) Find Actual & Punitive Damages. (7). And Further Relief by Court deems Relevant to Rectify and make Whole, the Plaintiff. (8) Grant declarations, witnesses.

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. UNKNOWN "Inmate" Assisted in Preparing Petition $1983.

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?   Yes ✓  No____

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.
Phillips N. William, P.C., Attorney At Law, 103 North Market St., Sullivan, Mo. 63556-0069
Gladden, William E., 205 N. Grand Ave, Licking, Mo. 65483-1225
Anderson & Hawn, LLC, 1330A S. Sam Houston BLVD, Licking, Mo. 65483-2045

C. Have you previously had a lawyer representing you in a civil action in this court?
Yes____  No ✓

If your answer is "Yes," state the name and address of the lawyer.
NO

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this 15th day of October 2013

X Eugene McAllister
Signature(s) of Plaintiff(s)

Eugene McAllister

Reg. No. 1236974

