# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| EUGENE MCALLISTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:13CV2492 CEJ |
| | ) | |
| FERGUSON POLICE | ) | |
| DEPARTMENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF PARTIAL DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **dismissed without prejudice** as to defendants Ferguson Police Department, St. Louis County Police Department, St. Louis Police Department K-9 Unit, Police Officer Percich, Police Officer Jackson and the Scanning Program at the South Central Correctional Center, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS FURTHER ORDERED** that the official capacity claims asserted in plaintiff's complaint are **dismissed without prejudice**, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS FURTHER ORDERED** that plaintiff's First Amendment retaliation, due process, and equal protection claims are **dismissed without prejudice**, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS FURTHER ORDERED** that an appeal from this order would not be taken in good faith.

Dated this 14th day of March, 2014.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE